United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven W. Winthrop  
Nancy G Winthrop  
    Debtors

Case No. 13-11605-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Apr 11, 2017  
                          Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2017.  
13271059       Federal National Mortgage Association,  c/o Seterus Inc.,  PO Box 1047, Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2017 at the address(es) listed below:

      BRIAN SCOTT JONES    on behalf of    IRS brian.s.jones@irscounsel.treas.gov  
      DAVID W. RAPHAEL    on behalf of Creditor    JPMorgan Chase Bank, National Association draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
      DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com  
      JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
      JASON BRETT SCHWARTZ    on behalf of Creditor    Citizens Automobile Finance, Inc. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
      JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Nancy G Winthrop jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com  
      JEFFREY C. MCCULLOUGH    on behalf of Debtor Steven W. Winthrop jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com  
      JEROME B. BLANK    on behalf of Creditor    Fannie Mae (Federal National Mortgage Association) paeb@fedphe.com  
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    Fannie Mae (Federal National Mortgage Association) paeb@fedphe.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      MATTEO SAMUEL WEINER    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com  
      THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                     TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-11605-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Steven W. Winthrop<br>58 Lawrence Avenue<br>Holland PA 18966 | Nancy G Winthrop<br>58 Lawrence Avenue<br>Holland PA 18966 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/10/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Federal National Mortgage Association, c/o Seterus Inc., PO Box 1047, Hartford, CT 06143-1047 | Wilmington Savings Fund Society, FSB<br>P.O.Box 52708, Irvine, CA 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/13/17

Tim McGrath
**CLERK OF THE COURT**