```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                  Case No. 13-11605-elf
Steven W. Winthrop                                                      Chapter 13
Nancy G Winthrop
        Debtors
                               CERTIFICATE OF NOTICE
District/off: 0313-2           User: Randi                  Page 1 of 3                  Date Rcvd: May 16, 2018
                               Form ID: 138NEW              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db/jdb         +Steven W. Winthrop,    Nancy G Winthrop,    58 Lawrence Avenue,    Holland, PA 18966-2204
cr             +Federal National Mortgage Association (Fannie Mae,     c/o Rosicki, Rosicki, & Associates, P.C.,
                 51 E. Bethpage Rd,    Plainview, NY 11803-4224
cr             +JPMorgan Chase Bank, National Association,     700 Kansas Lane, Mail Code LA4-5555,
                 Monroe, LA 71203-4774
12979718        American Education Services,    P.O.Box 2461,    Harrisburg, PA 17105-2461
12979726       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:    FIA Card Services,     Bank Of America,    P.O.Box 982235,
                 El Paso, TX 79998-2235)
13476594       +Bank of America, N.A. as successor-in-interest to,     FIA Card Services, N.A.,    P O Box 982284,
                 El Paso, TX 79998-2284
12979722        Chase,    P.O.Box 15298,   Wilmington, DE 19850-5298
12979723       +Chase Home Finance LLC,    JPMorgan Chase Bank, N.A.,    P.O.Box 24696,    Columbus, OH 43224-0696
12979724       +Citibank (South Dakota) N.A.,    P.O.Box 6500,    Sioux Falls, SD 57117-6500
12988415       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
13398981       +Council Rock School District (Northampton Township,     Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
12979725       +Creditors Financial Group, LLC,    P.O.Box 440290,    Aurora, CO 80044-1500
12992778       +Department Stores National Bank/Visa,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13107226        ECMC,    PO Box 16408,   St. Paul, MN 55116-0408
13018878        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13035696        FIA Card Services, N.A. as successor in,     interest to Bank of America, N.A. (USA),
                 and MBNA America Bank, N.A.,    POB 3001,    Malvern, PA 19355-0701
12979727       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:    Ford Credit,    National Bankruptcy Service Center,    P.O.Box 537901,
                 Livonia, MI 48153-7901)
13271059        Federal National Mortgage Association,     c/o Seterus Inc.,   PO Box 1047,
                 Hartford, CT 06143-1047
13038438       +JPMorgan Chase Bank, National Association,     700 Kansas Lane, Mail Code LA4-5555,
                 Attn: Correspondence Mail,    Monroe, LA 71203-4774
13038439        JPMorgan Chase Bank, National Association,     c/o David W. Raphael, Esquire,
                 Grenen & Birsic, PC,    One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
13130939       +Jeffrey C. McCullough, Esquire,    16 North Franklin Street, Suite 300,
                 Doylestown, PA 18901-3556
12979731       +MRS Associates,    1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
12979730       +Macy’s/DSNB,    Bankruptcy Processing,    P.O. Box 8053,   Mason, OH 45040-8053
13398982       +Northampton Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
                 546 Wendel Rd.,    Irwin, PA 15642-7539
13329463       +PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
12982152       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
12979735       +PNC Bank,    Consumer Loan Center,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
12979734        Plaza Recovery, Inc.,    5800 North Concourse Drive,    Houston, TX 77072
12979736        RBS Citizens, N.A.,    Consumer Loan Servicing,    P.O.Box 42002,    Providence, RI 02940-2002
12979737        Sunrise Credit Services, Inc.,    P.O.Box 9100,    Farmingdale, NY 11735-9100
12979738        U.S. Department Of Education,    FedLoan Servicing,    P.O.Box69184,    Harrisburg, PA 17106-9184
12979739        U.S. Department Of Education,    P.O.Box 530229,    Atlanta, GA 30353-0229
13003910        US Dept of Education,    Claims Filing Unit,    PO Box 8973,   Madison, WI 53708-8973
12979740       +United Collection Bureau, Inc.,    P.O.Box 1418,    Maumee, OH 43537-8418
13759483       +Wilmington Savings Fund Society FSB,     c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839168       +Wilmington Savings Fund Society FSB,     c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13898965        Wilmington Savings Fund Society, FSB,     P.O.Box 52708,   Irvine, CA 92619-2708
12979741       +World Of Animals Of Bethayres,    2621 Philmont Ave.,    Huntington Valley, PA 19006-5301
13082267        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:21:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:55       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE            E-mail/Text: cio.bncmail@irs.gov May 17 2018 02:21:41      IRS,   c/o Brian S. Jones,
                 701 Market Street,    Suite 2200,   Philadelphia, PA 19106
12979719        E-mail/Text: legal@arsnational.com May 17 2018 02:21:48      ARS National Services, Inc.,
                 P.O.Box 463023,    Escondido, CA 92046-3023
12979721       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 17 2018 02:23:53       CCS,   Two Wells Ave.,
                 Newton, MA 02459-3246
```

```
District/off: 0313-2         User: Randi              Page 2 of 3                 Date Rcvd: May 16, 2018
                             Form ID: 138NEW          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
12979720        +E-mail/Text: cms-bk@cms-collect.com May 17 2018 02:21:47      Capital Management Services, LP,
                 726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
12979729        +E-mail/Text: ebn@ltdfin.com May 17 2018 02:21:47      LTD Financial Services, LP,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
12979733        +E-mail/Text: egssupportservices@alorica.com May 17 2018 02:22:40      NCO Financial Systems Inc,
                 507 Prudential Road,    Horsham, PA 19044-2308
12979732         E-mail/Text: bankruptcy_notifications@ccsusa.com May 17 2018 02:23:53      Nationwide Insurance,
                 P.O.Box 55126,    Boston, MA  02205-5126
13042958        +E-mail/Text: bncmail@w-legal.com May 17 2018 02:22:54      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13041379         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 02:17:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Association
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
12996133*       Dept. of the Treasury,    IRS,   PO BOX 7346,    PHILA PA 19101-7346
13003797*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
                 Detroit  MI  48255-0953)
12979728*       Internal Revenue Service,    P.O.Box 7346,    Philadelphia, PA  19101-7346
                                                                                    TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
```
              BRIAN SCOTT JONES    on behalf of    IRS brian.s.jones@irscounsel.treas.gov
              DAVID W. RAPHAEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Citizens Automobile Finance, Inc.
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Steven W. Winthrop jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Nancy G Winthrop
               jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
              JEROME B. BLANK    on behalf of Creditor    Fannie Mae (Federal National Mortgage Association)
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Fannie Mae (Federal National Mortgage Association)
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae"), creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Randi                 Page 3 of 3                 Date Rcvd: May 16, 2018
                              Form ID: 138NEW             Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
        tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Steven W. Winthrop and Nancy G Winthrop

        Debtor(s)                        Bankruptcy No: 13−11605−elf

                                          Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                              For The Court

                                              Timothy B. McGrath
                                              Clerk of Court

Dated: 5/16/18