United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Steven W. Winthrop
Nancy G Winthrop
    Debtors

Case No. 13-11605-elf
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Jun 21, 2018 |
|---|---|---|---|
| | Form ID: 212 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db/jdb     +Steven W. Winthrop,   Nancy G Winthrop,   58 Lawrence Avenue,   Holland, PA 18966-2204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
        BRIAN SCOTT JONES    on behalf of    IRS brian.s.jones@irscounsel.treas.gov
        DAVID W. RAPHAEL    on behalf of Creditor    JPMorgan Chase Bank, National Association draphael@grenenbirsic.com, mcupec@grenenbirsic.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Citizens Automobile Finance, Inc. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
        JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Nancy G Winthrop jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
        JEFFREY C. MCCULLOUGH    on behalf of Debtor Steven W. Winthrop jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
        JEROME B. BLANK    on behalf of Creditor    Fannie Mae (Federal National Mortgage Association) paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Fannie Mae (Federal National Mortgage Association) paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Steven W. Winthrop and Nancy G Winthrop

Debtor(s)  Case No: 13−11605−elf

___

*ORDER*

    AND NOW, 6/21/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Eric L. Frank

    Judge ,United States Bankruptcy Court