United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-11605-elf
Steven W. Winthrop                                                      Chapter 13
Nancy G Winthrop
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 10, 2018
                            Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.
db/jdb        +Steven W. Winthrop,    Nancy G Winthrop,    58 Lawrence Avenue,    Holland, PA 18966-2204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:
         BRIAN SCOTT JONES    on behalf of    IRS brian.s.jones@irscounsel.treas.gov
         DAVID W. RAPHAEL    on behalf of Creditor    JPMorgan Chase Bank, National Association draphael@grenenbirsic.com, mcupec@grenenbirsic.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    Citizens Automobile Finance, Inc. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
         JEFFREY C. MCCULLOUGH    on behalf of Joint Debtor Nancy G Winthrop jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
         JEFFREY C. MCCULLOUGH    on behalf of Debtor Steven W. Winthrop jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
         JEROME B. BLANK    on behalf of Creditor    Fannie Mae (Federal National Mortgage Association) paeb@fedphe.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Fannie Mae (Federal National Mortgage Association) paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Steven W. Winthrop and Nancy G Winthrop  : Case No. 13−11605−elf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , July 10, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

88
Form 195